UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 15-159 JRT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEREMY DEAN BROWN,

    Defendant.

INFORMATION

18 U.S.C. § 1112(a)
18 U.S.C. § 1112(b)
18 U.S.C. § 1151
18 U.S.C. § 1153(a)

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Involuntary Manslaughter)

On or about July 12, 2014, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**JEREMY DEAN BROWN,**

an Indian, did knowingly and unlawfully, but without malice, kill a human being, also an Indian, in the commission of an unlawful act not amounting to a felony, that is, operating a motor vehicle in a reckless manner while under the influence of alcohol, all in violation of Title 18, United States Code, Sections 1112(a), 1112(b), 1151, and 1153(a).

Dated: 18 May 2015

ANDREW M. LUGER
United States Attorney

BY: CLIFFORD B. WARDLAW
Assistant U.S. Attorney
Attorney ID No. 183908

SCANNED
MAY 19 2015
U.S. DISTRICT COURT MPLS